# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Riccardo Darnell Jones,

        Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                              3:09cv11

City of Charlotte, NC et al,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 3/9/2009 Order.

Signed: March 9, 2009

_Frank G. Johns_

Frank G. Johns, Clerk
United States District Court